**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Regina M. Rodriguez**

Civil Action No. 1:24-cv-01940-RMR-CYC

GARUDA LABS, INC., a Delaware corporation, d/b/a
Instawork, and ADVANTAGE WORKFORCE SERVICES,
LLC, a California limited liability company,

      Plaintiffs,

v.

CITY AND COUNTY OF DENVER, COLORADO; and
DENVER AUDITOR'S OFFICE,

      Defendants.

---

**ORDER FOR DISMISSAL**

---

THIS MATTER having come before the Court on the parties' STIPULATION TO DISMISS WITH PREJUDICE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the Court being fully advised in the premises, it is hereby

ORDERED that the above-captioned matter is dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

ENTERED: December 16, 2025.

BY THE COURT:

_____
REGINA M. RODRIGUEZ
United States District Judge